**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFTON KERR,<br><br>     Plaintiff,<br><br>   v.<br><br>JENNIFER C. WONG; MELISSA R. COUTTS; JAVONNE M. PHILLIPS; STATE OF CALIFORNIA; SUPERIOR COURT JUDGE LESLIE GUTIERREZ, in her individual and official capacity; BANKRUPTCY JUDGE NEIL BASON, in his individual and official capacity; and KATHY A. DOCKERY, Chapter 13 Trustee, in her individual and official capacity,<br><br>     Defendants. | Case No. 2:25-cv-03959-SPG-SSC<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, (ECF No. 7 ("FAC")); the records on file; and the Report and Recommendation of the United States Magistrate Judge, (ECF No. 137 ("Report")). The Court has also reviewed Plaintiff's Objections to the Report, *see* (ECF Nos. 146, 147, 149, 151 (collectively, "Objections")), and has engaged in a *de novo* review of those portions of the Report to

-1-

which objections have been made. For the reasons discussed below, the Court rejects Plaintiff's Objections.

Plaintiff objects that the Magistrate Judge issued a ruling on dispositive matters without consent or jurisdiction. *See*, *e.g.*, (ECF No. 151 at 1–3). However, the Court has already considered and rejected this argument. *See* (ECF No. 103). Pursuant to the Federal Magistrates Act, the Court referred this matter to the Magistrate Judge for proposed findings and recommendations. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1118 (9th Cir. 2003) (citing 28 U.S.C. § 636(b)(1)(B)). As the Court explained in its prior order, Plaintiff's "consent was not required for the magistrate judge to issue a non-dispositive report and recommendation." *Shao v. Roberts*, 2024 WL 1461953, at *1 (9th Cir. 2024).

Plaintiff also objects that the Magistrate Judge's Report creates an appearance of bias and partiality. (ECF No. 147 at 1–3). However, the Court has likewise already considered and rejected this argument as well. *See* (ECF No. 103). As stated in the Court's previous order, "Plaintiff has not identified any facts that demonstrate bias from an extrajudicial source or even in [the Magistrate Judge's] judicial rulings" and has not "provided any evidence that [the Magistrate Judge's] rulings display a deep-seated favoritism or antagonism" such as to warrant recusal. *See* (*id.* at 2); *see also Liteky v. United States*, 510 U.S. 540, 554–56 (1994) (bias ordinarily must stem from an extrajudicial source, and opinions formed by a judge on the basis of proceedings do not constitute a basis for disqualification unless they display deep-seated favoritism or antagonism).

Finally, Plaintiff claims that the Magistrate Judge must recuse because she has been named as a defendant in this action. *See* (ECF No. 151 at 2). However, Plaintiff did not name the Magistrate Judge as a defendant in the FAC, *see* (FAC), and the Court has not granted Plaintiff leave to file a second amended complaint that names the Magistrate Judge as a defendant, *see* Fed. R. Civ. P. 15(a)(2) (except as permitted under Rule 15(a)(1), parties may not file an amended complaint without leave of court or written consent of opposing

-2-

parties).   Therefore, Plaintiff has not named the Magistrate Judge as a defendant in the operative pleading, and the Magistrate Judge was not required to recuse herself.

For the foregoing reasons, **IT IS ORDERED** that:

1.      The Motions to Dismiss filed by the Hon. Leslie Gutierrez, (ECF No. 15), and the State of California, (ECF No. 43), are GRANTED.

2.      The Motion to Strike filed by Melissa R. Coutts, JaVonne M. Phillips, and Jennifer C. Wong, (ECF No. 47), is GRANTED.

3.      All other pending motions are DENIED as MOOT.

4.      This action is dismissed without leave to amend.


**IT IS SO ORDERED.**


DATED:  July 9, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE