JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CLIFTON KERR,

               Plaintiff,

        v.

JENNIFER C. WONG; MELISSA R. COUTTS; JAVONNE M. PHILLIPS; STATE OF CALIFORNIA; SUPERIOR COURT JUDGE LESLIE GUTIERREZ, in her individual and official capacity; BANKRUPTCY JUDGE NEIL BASON, in his individual and official capacity; and KATHY A. DOCKERY, Chapter 13 Trustee, in her individual and official capacity,

               Defendants.

Case No. 2:25-cv-03959-SPG-SSC

**JUDGMENT**

-1-

Pursuant to the Court's Order Accepting the Magistrate Judge's Report and Recommendation, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  July 9, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE